CHASE *v.* CHASE.

A libel for divorce is not necessarily dismissed in case of a defective service. Upon proper cause shown, it may be continued for service upon a new order of notice.

LIBEL FOR DIVORCE, with the usual order of notice and a return of service. Counsel appeared specially for the defendant, and moved to dismiss for defective service, and the court ordered the action continued for notice. The defendant objected that another order of notice could not be made, because of the order of

notice and attempted service before the term.   The court over-
ruled the objection, and the defendant filed this bill of exceptions.

*Dudley & Remick*, specially for the defendant.   If the service
was illegal, the defect cannot be cured by a new order of notice.
*Sleeper* v. *Baptist Association*, 58 N. H. 27.

*J. I. Parsons*, for the plaintiff.

CLARK, J.   However it may be in other proceedings in which
notice is prescribed by statute *(Sleeper* v. *Baptist Association*,
58 N. H. 27, G. L., *c.* 226, *s.* 4), the court is authorized to deter-
mine what notice shall be given in a libel for divorce.   G. L., *c.*
182, *s.* 5.

*Exceptions overruled.*

DOE, C. J., did not sit: the others concurred.